## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

ANTWAN TATUM
ADC #143961                                                    PLAINTIFF

V.                          2:13CV00151 DPM/JTR

MITCHELL, Sergeant,
East Arkansas Regional Unit, ADC, et al.                   DEFENDANTS

### ORDER

Service on Defendant Brooks at the Arkansas Department of Correction and his last known private address has been returned unexecuted. *Docs. 9 & 19.* It is Plaintiff's responsibility to provide a valid service address for each Defendant. *Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993). Thus, Plaintiff has until April 17, 2004, to file a Motion for Service that contains a valid service address for Defendant Brooks.[1]   Plaintiff is advised that if he fails to timely do so, his claims against Defendant Brooks will be dismissed, without prejudice. *See* Fed. R. Civ. P. 4(m).

IT IS THEREFORE ORDERED THAT Plaintiff must file, **on or before April 17, 2014**, a Motion for Service containing a valid service address for Defendant Brooks.

---

[1] That is also the deadline for Plaintiff to file a Motion for Service containing the first name or initial for Defendant Phillip. *Doc. 15.*

Dated this <u>19th</u> day of February, 2014.

_____
UNITED STATES MAGISTRATE JUDGE