# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

ANTWAN TATUM  
ADC #143961                                                                            PLAINTIFF

V.                            2:13CV00151 DPM/JTR

MITCHELL, Sergeant,  
East Arkansas Regional Unit, ADC, et al.                      DEFENDANTS

## ORDER TO SHOW CAUSE

On January 18, 2014, the U.S. Marshals served Defendant Humphrey at his last known private address, which has been sealed. *Doc. 16.*

As of the date of this Order, Defendant Humphrey has not filed an Answer or any other responsive pleading, and the time for doing so has expired. *See* Fed. R. Civ. P. 12(a)(1)(A)(i) (providing that a "defendant must serve an answer within 21 days after being served with the summons and complaint").

Defendant Humphrey has fourteen days to file a Response explaining why default judgment should not be entered against him pursuant to Fed. R. Civ. P. 55. **Defendant Humphrey is advised that the failure to timely and properly comply with this Order could result in a monetary judgment being entered against him.**

IT IS THEREFORE ORDERED THAT:

1. The U.S. Marshal is directed to serve a copy of this Order to Show Cause

directly upon the person of Defendant Humphrey.

2. Defendant Humphrey's private mailing address must be remain under **seal** and be redacted from any public portion of the file.

3. Defendant Humphrey must, **within fourteen days of the service of this Order**, file a Response explaining why default judgment should not be entered against him.

Dated this 19th day of February, 2014.

_____
UNITED STATES MAGISTRATE JUDGE