IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ANTWAN TATUM,
ADC # 143961                                                                    PLAINTIFF

v.                          No. 2:13-cv-151-DPM-JTR

MITCHELL, Sergeant, EARU, ADC;
BRYANT PHILLIPS, Officer, EARU,
ADC; BROOKS, Lieutenant, EARU,
ADC; and MICHAEL T. HUMPHREY,
Shift Supervisor, EARU, ADC                                                     DEFENDANTS

ORDER

Tatum has filed two motions asking the Court to serve Defendant Mitchell. Service on Mitchell at the Arkansas Department of Correction, as well as his last known private address and his forwarding address, has been returned unexecuted. № 11, 17, 67, & 69. It is Tatum's responsibility to provide a valid service address for each Defendant. *Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993). Tatum has until 25 August 2014 to file a motion for service that contains a valid service address for Mitchell. Motions, № 59 & 73, denied without prejudice.

Tatum's motion for an extension, № 79, is granted for good cause. Tatum must file a motion for service containing a valid service address for Defendant Brooks by 25 August 2014.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

30 June 2014