IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ANTWAN TATUM,
ADC # 143961                                              PLAINTIFF

v.               No. 2:13-cv-151-DPM-JTR

MITCHELL, Sergeant, EARU, ADC;
BRYANT PHILLIPS, Officer, EARU,
ADC; BROOKS, Lieutenant, EARU,
ADC; and MICHAEL T. HUMPHREY,
Shift Supervisor, EARU, ADC                     DEFENDANTS

## ORDER

For the reasons previously stated, № 87, Tatum's motion to reconsider, № 91, is denied. Tatum is responsible for providing a valid address for service on Mitchell.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

14 July 2014