IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ANTWAN TATUM                                                                                PLAINTIFF

v.                                         2:13-cv-151-DPM-JTR

MITCHELL, Sergeant, EARU, ADC;
BRYANT PHILLIPS, Officer, EARU,
ADC; BROOKS, Lieutenant, EARU,
ADC; and MICHAEL T. HUMPHREY,
Shift Supervisor, EARU, ADC                                                              DEFENDANTS

ORDER

Despite numerous efforts by the Court and Tatum, service has not been obtained on Mitchell and Brooks. № 9, 11, 17, 19, 67, 69, 150, & 154. The time for doing so has long since expired. FED. R. CIV. P. 4(m). Tatum's claims against Mitchell and Brooks are therefore dismissed without prejudice.

So Ordered.

*signature*
D.P. Marshall Jr.
United State District Judge

20 April 2015