IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ANTWAN TATUM                                                                    PLAINTIFF

v.                              2:13-cv-151-DPM-JTR

BRYANT PHILLIPS, Officer, EARU,
ADC; and MICHAEL T. HUMPHREY,
Shift Supervisor, EARU, ADC                                                 DEFENDANTS

ORDER

Unopposed recommendation, № 156, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). Defendants' motion for summary judgment, № 137, is granted in part and denied in part. Tatum's claims against Humphrey are dismissed with prejudiced. Tatum may proceed with his failure-to-protect claim against Phillips. Tatum's motion for summary judgment, № 145, is denied.

So Ordered.

*D.P. Marshall Jr.*
United State District Judge

23 June 2015