IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ANTWAN TATUM                                                                              PLAINTIFF

v.                                    No. 2:13-cv-151-DPM-BD

BRYANT PHILLIPS, Officer, EARU, ADC                                       DEFENDANT

ORDER

1. The Court withdraws the reference.

2. Before the Court can rule on qualified immunity, a jury must decide (1) whether Phillips knew that Mitchell posed a substantial risk to Tatum, and if so, (2) whether Phillips deliberately disregarded that risk when he opened Tatum's cell for Mitchell. *Nelson v. Shuffman*, 603 F.3d 439, 446 (8th Cir. 2010). The record still doesn't answer these questions as a matter of law. *Compare* № 170-6, *with* № 173-2. The Court continues to agree with Magistrate Judge Ray's analysis earlier in the case: one reasonable inference from the internal investigation circumstances is that Phillips knew that there was a real risk Mitchell would end up harming Tatum. № 156. A jury must evaluate Phillips's and Tatum's credibility and draw inferences to discern the truth. *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 255 (1986). Phillips's second motion for summary judgment, № 170, is therefore denied.

3. This case is first out for trial on 11 October 2016. The Court eliminates responding trial briefs and adds a request for stipulations on background facts. Please submit any stipulation with proposed jury instructions. The Court will hold a one-hour pretrial on 20 September 2016 at 9:00 a.m.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United State District Judge

30 August 2016