# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**ANTWAN TATUM**
**(ADC #143961)**                                                                **PLAINTIFF**

No. 2:13-cv-151-DPM

**BRYANT PHILLIPS, OFCR. ADC**                                  **DEFENDANT**

## ORDER

1.   This case is scheduled for pretrial, Wednesday, 21 September 2016, at 1:30 p.m. at the Richard Sheppard Arnold United States Courthouse, Courtroom B-155, 500 West Capitol Avenue, Little Rock, Arkansas.

2.   The Court directs the Arkansas Department of Correction to ensure the attendance of Plaintiff, Antwan Tatum (ADC #143961), Ouachita River Correctional Unit, at 12:30 p.m. on 21 September 2016 until completion of the pretrial.

3.     The Court further directs the ADC to send Mr. Tatum's complete institutional and medical files with him and to allow Mr. Tatum to bring any legal papers he wants to court.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

<u>8 September 2016</u>