IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ANTWAN TATUM                                                                      PLAINTIFF

v.                              No. 2:13-cv-151-DPM

BRYANT PHILLIPS, Officer, EARU, ADC                              DEFENDANT

ORDER

Motion, № 183, granted. Disclosures due by 15 September 2016 — the Court needs them to prepare for next week's pretrial. Jury instructions and any trial briefs due by 20 September 2016. No responding trial briefs.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United State District Judge

12 September 2016