IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ANTWAN TATUM                                                          PLAINTIFF

v.                              No. 2:13-cv-151-DPM

BRYANT PHILLIPS, Officer, EARU, ADC                          DEFENDANT

ORDER

1. The Court appointed Joseph Falasco to represent Tatum. Mary Tipton Thalheimer has been helping Falasco prepare this case for trial. The Court therefore appoints Thalheimer too, *nunc pro tunc* 28 July 2015, when she appeared. LOCAL RULE 83.7.

2. Because of the lingering competency issues, № 185, the case is stayed. And the Court directs the Clerk to administratively terminate it. The Final Scheduling Order, № 161, is suspended; and the October 11th trial is canceled. The parties must submit a joint report on competency by 6 February 2017.

3. Tatum's motions *in limine*, № 176 & 178, are denied without prejudice as moot.

So Ordered.

_N.P. Marshall Jr._

D.P. Marshall Jr.
United State District Judge

_22 September 2016_