# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

ANTWAN TATUM                                                    PLAINTIFF

v.                          No. 2:13-cv-151-DPM

BRYANT PHILLIPS, Officer, EARU, ADC                             DEFENDANT

## ORDER

Joint report, № 202, noted and appreciated. The Court needs to know whether the parties stand by their proposed settlement or whether this case needs a trial. Joint motion to lift the stay and either dismiss or set a trial date due by 17 November 2017.

So Ordered.

_____
D.P. Marshall Jr.
United State District Judge

26 October 2017