# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**ANTWAN TATUM**                                                            **PLAINTIFF**

v.                  No. 2:13-cv-151-DPM

**BRYANT PHILLIPS, Officer, EARU, ADC**            **DEFENDANT**

## ORDER

Motion, № 204, granted. The Court lifts the stay and sets this case for a jury trial on 26 February 2018 at 9:30 a.m. An amended Final Scheduling Order will issue.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United State District Judge

*13 November 2017*