IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ANTWAN TATUM                                                    PLAINTIFF

v.                          No. 2:13-cv-151-DPM

BRYANT PHILLIPS, Officer, EARU, ADC                  DEFENDANT

## ORDER

Joint motion to dismiss, № 230, granted. Tatum's remaining claim against Phillips will be dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United State District Judge

14 September 2018