IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ANTWAN TATUM                                                    PLAINTIFF

v.                        No. 2:13-cv-151-DPM

MITCHELL, Sergeant, EARU, ADC;
BRYANT PHILLIPS, Officer, EARU,
ADC; BROOKS, Lieutenant, EARU,
ADC; and MICHAEL T. HUMPHREY,
Shift Supervisor, EARU, ADC                                     DEFENDANT

## JUDGMENT

Tatum's claims against Mitchell and Brooks are dismissed without prejudice. His claims against Phillips and Humphrey are dismissed with prejudice.

_____
D.P. Marshall Jr.
United State District Judge

14 September 2018