# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**ANTWAN TATUM**   **PLAINTIFF**

v.   No. 2:13-cv-151-DPM

**BRYANT PHILLIPS**   **DEFENDANT**

## ORDER

**1.** Appointed counsel's reimbursement request, № 233, is allowed in full. LOCAL RULE 83.6(5). The various expenses incurred were reasonable and necessary to the zealous prosecution of this case. The Court has consulted the Clerk, and the Library Fund can afford to reimburse counsel. The Court directs the Clerk to do so and to put a copy of this Order and № 233 in the Library Fund file maintained by the Clerk.

**2.** Motion to be relieved, № 234, granted. Joseph Falasco and Mary-Tipton Thalheimer are relieved as counsel with the Court's thanks.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

8 October 2018